THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. STEPHENS, Appellant, v. JOHN HANLEY, Warden of the City Prison, and Others, Respondents.—

Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.